IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>MAURICE J. PAOLA,<br>        Defendant. | CASE NO: **4:18MJ3127**<br><br>**DETENTION ORDER** |
|---|---|

On the government's motion, the court held a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f). The court concludes the defendant must be detained.

Based on the evidence presented and information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings, and by clear and convincing evidence that the defendant's release would pose a risk of harm to the public.

Specifically, the court finds that the defendant has a history of harming or threatening harm to others, and with respect to the current charges, threatened to kill airplane passengers—including children—during a flight, necessitating an emergency landing; following that landing, he allegedly resisted arrest; he is addicted to or abuses mood-altering chemicals and is likely to continue such conduct and violate the law if released; frequently changes his residential address, with locations over the last eighteen months including Las Vegas, Los Angeles, friends' homes, and being homeless; is self-employed with limited third-party employment contacts; has significant mental health issues and aggressive tendencies which will pose a risk of harm if the defendant is released; conducted himself during the hearing in a manner indicating he is not taking the current charges, or the court's authority over this case, seriously; and conditions which

restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Dated September 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge